# EXHIBIT A

**ARMRA COLOSTRUM BENEFITS**

https://tryarmra.com/pages/the-benefit
(last accessed April 25, 2024)




## A Proven Superfood For Benefits You Can Feel

ARMRA™ Colostrum strengthens your body's barriers, creating a tight seal that guards against inflammation and everyday toxins and pollutants. When you take ARMRA you fuel your body with potent prebiotics that support your microbiome, a host of peptides and antibodies that strengthen your immune system, and dozens of antioxidants and bioactive molecules that optimize cellular health for whole body benefits.



KEY BENEFITS

★★★★★

## Strengthen Immunity • Ignite Metabolism • Fortify Gut Health • Restore Sleep • Improve Mood, Focus & Energy • Support Sinus Health • Enhance Skin Radiance • Activate Hair Growth • Fuel Performance & Recovery

Shop Immune Revival

### Strengthen Immunity

Face the world and feel resilient. Optimize your whole body microbiome and strengthen your immune barriers along the mouth, sinuses, lungs, gut, urinary and reproductive tract to block unwelcome particles for your strongest immune health. Clinical studies have found that bovine colostrum to be at least 3X more effective than the flu vaccine at preventing flu.*

### Ignite Metabolism

Strengthen your gut barrier to help guard against toxins, chemicals, and pollutants that can drive inflammation and slow down metabolism. ARMRA™ Colostrum helps enhance nutrient absorption, supports balanced blood sugar levels, and modulates hormones like leptin, which trigger fat-burning for your peak metabolic performance.

### Fortify Gut Health

Combat bloating and feel lighter. Probiotics are touted as a gut health solution, but they only address 1-part of the 4-part gut wall and most products on the market are dead before they even reach your gut. ARMRA Colostrum™ naturally fortifies your entire gut wall system, optimizing your microbiome, and strengthening the gut wall architecture, which blocks irritants that can trigger symptoms like bloating and constipation.

### Restore Sleep

Get your best night's sleep by balancing your natural circadian rhythm. ARMRA™ Colostrum helps revive microbiome health, which fuels the synthesis of the hormones and neurotransmitters essential for regulating your sleep cycle -- like melatonin, which is produced at the gut wall in concentrations 400X higher than in the brain.

### Improve Mood, Focus & Energy

Feel clear and focused throughout the day - without the crash. The health of your gut is directly related to your brain health. Support your gut-brain axis to support the production of hormones like serotonin (the happiness molecule) and GABA (the relaxation molecule), strengthen your barrier to block toxins from the body, and fuel cellular metabolism to promote the health of your brain cells. This translates to improved mood, mental clarity, and clean energy, without experiencing the midday crash or caffeine jitters.

### Support Sinus Health

Stay comfortable, active and feeling your best all year round. Seal and strengthen the immune barriers that line your nasal passages, sinuses and lungs. These barriers block allergens from crossing into the body and triggering symptoms. It's a bioactive whole food solution that targets the root cause of discomfort and provides natural support during allergy season.

### Enhance Skin Radiance & Hair Growth

Radiant, glowing skin begins within. Reap strong anti-inflammatory benefits with antioxidants, prebiotics, growth factors, vitamins, and regenerative peptides that help reverse age-related changes, enhance skin radiance, and activate collagen production, while also strengthening the skin barrier which guards against the damage caused by pollutants, toxins and UV light.

Colostrum bioactives have also been shown to reactivate hair follicle stem cells and support the hair microbiome, which work to combat hair loss by reversing inflammation and blocking chemical-induced damage to the follicle.

### Fuel Performance & Recovery

Harness the strength, mobility & recovery support utilized by elite athletes. Enhance nutrient absorption, stop inflammation, and fuel cellular regeneration with peptides, growth factors, and functional nutrients for your best fitness performance. In research, colostrum has been shown to confer a 20% improvement in fitness strength, stamina, and endurance, while also decreasing recovery time by over 50% after intense exercise.^



*1. PMID: 17456621
*2. PMID: 21183886
^3.PMID: 23903529

**Shop**
- Immune Revival
- Performance Revival
- Bundles
- Accessories
- Shop All

**Learn**
- ARMRA Colostrum™
- The Approach
- The Benefit
- Research

**Resources**
- Help Center
- Testimonials
- Community
- Refer-A-Friend
- Contact
- Accessibility Statement
- Do not sell or share my personal information

**Let's Connect**

Email* SUBMIT

ARMRA™

© 2024 ARMRA. Rahal Biosciences, Inc. Bonita Springs, Fl, 34135. All Rights Reserved. Privacy Policy Terms of Service Shipping & Returns Research

*These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease. Keep out of reach of children. Consult with your healthcare practitioner before using this product. Discontinue use and consult with your health care professional if you experience any adverse reaction to this product.

**ARMRA COLOSTRUM IMMUNE REVIVAL**
**(STICK PACKS: UNFLAVORED)**

https://tryarmra.com/products/armra
(last accessed April 25, 2024)

10,000+ Five-Star Reviews

Shop About Science Results

ARMRA COLOSTRUM

LOGIN CART












# Immune Revival (Stick Packs: Unflavored)

★★★★★ 4.9/5 9712 Reviews

$39.99

Pure and potent ARMRA Colostrum™ concentrate. Strengthen your skin, lung, and gut barriers, optimize your microbiome, and activate cellular health and performance to revive whole body health.

**Select Flavor:** Unflavored

**Format:**

| BULK JAR | STICK PACKS |
|---|---|
| 120 servings | 30 servings |
| $0.91/per serving | $1.33/per serving |

SUBSCRIBE & SAVE - $37.99

BUY ONCE - $39.99

FREE DOMESTIC SHIPPING OVER $80

HSA/FSA-eligible with Truemed. Learn how

NON GMO PROJECT VERIFIED · GLYPHOSATE FREE · SOURCED & MADE IN THE USA · KETO CERTIFIED · GMP CERTIFIED · CALF-FIRST COMMITMENT

FREE FROM SOY GLUTEN SUGAR · PHYSICIAN RESEARCH BACKED FOUNDED · PEPTIDES & PREBIOTICS · COLD-CHAIN BIOPOTENT PASTEURIZATION · BIOAVAILABLE IgG & IgA · GRASS-FED COLOSTRUM

## Clinically Backed[1]

| 86% | 60% | 80% | 79% |
|---|---|---|---|
| *Experienced less bloating* | *Noticed better focus & energy* | *Improved their lean muscle mass, strength, and endurance* | *Reported thicker hair* |

1. Based on a 3rd party clinical trial with subjects aged 18-65 using ARMRA Colostrum™

### About -

ARMRA's pure, grass-fed colostrum concentrate brings our proprietary technology to whole food science, distilling over 400+ functional, research-backed nutrients in their most pure and bioavailable form for a potent bioactive food with whole health benefits. Immune Revival optimizes your microbiome, activates cellular health, and strengthens your body's barriers to protect against everyday chemicals, pollutants, allergens, and processed ingredients for your best health and performance.

When you take Immune Revival you fuel your body with potent prebiotics that support your microbiome, a host of peptides and antibodies that strengthen your immune barriers, and dozens of antioxidants and bioactive molecules that optimize cellular pathways throughout your body - for synergistic revival of your whole body health.

### Key Features +

### Ingredients +

### The No List +

### Certifications & Testing +

STRENGTHEN IMMUNITY

IGNITE METABOLISM

FORTIFY GUT HEALTH

SUPPORT SLEEP

IMPROVE MOOD & FOCUS

UPGRADE ENERGY

ENHANCE SKIN RADIANCE

OPTIMIZE PERFORMANCE



## How to ARMRA

**Step 1**

Add ARMRA Colostrum™ to any cool beverage.

**Step 2**

Mix well and enjoy.

**Step 3**

For best results, take 3-4 servings daily. Increase as needed for added benefits.

**To maintain the potency of bioactive ingredients, don't combine with hot liquids.*

## Why You Need ARMRA Colostrum™

Just as skin protects our bodies on the outside, our inside surfaces are also protected by a barrier called the mucosa. The mucosa lines everything along the sinuses, lungs and gut. It is your first line of defense against harmful particles inhaled and ingested from the environment.

Everyday exposures like air pollution, agricultural pesticides, chemicals in our food, water, home and body products,

Just as skin protects our bodies on the outside, our inside surfaces are also protected by a barrier called the mucosa. The mucosa lines everything along the sinuses, lungs and gut. It is your first line of defense against harmful particles inhaled and ingested from the environment.

Everyday exposures like air pollution, agricultural pesticides, chemicals in our food, water, home and body products, processed food ingredients, microbiome imbalance and other factors disrupt these mucosal surfaces—leading to an impaired barrier where unwanted particles can more easily penetrate the body. This can trigger inflammation, the root of almost all modern health problems.




## How ARMRA Colostrum™ Works

ARMRA Colostrum™ harnesses nature's 300 million-year-old bioactive food, colostrum, to naturally rebuild and strengthen mucosal barriers throughout your body. It is the first whole food that targets the root cause of today's common health issues.

When you take ARMRA Colostrum™ you fuel your body with potent prebiotics that support your microbiome, a host of

ARMRA Colostrum™ harnesses nature's 300 million-year-old bioactive food, colostrum, to naturally rebuild and strengthen mucosal barriers throughout your body. It is the first whole food that targets the root cause of today's common health issues.

When you take ARMRA Colostrum™ you fuel your body with potent prebiotics that support your microbiome, a host of peptides and antibodies that strengthen your immune barriers, and dozens of antioxidants and bioactive molecules that optimize cellular pathways throughout your body - for synergistic revival of your whole body health.




★★★★★

In clinical trials, **bovine colostrum was found to be** *3X more effective than the flu vaccine at preventing flu.** And in research, **ARMRA triggered rapid anti-bacterial immune defense** in *under 2 hours* and *32% better* than other colostrum products.





## ARMRA Colostrum™ Bioactive Benefits

1 IgA

Secretory immunoglobulin A (IgA) is the most abundant antibody at mucosal surfaces in the respiratory and GI tract and plays a crucial role in immunity. It is considered "antiviral" and "antibacterial" because it binds and neutralizes viruses and bacteria, preventing them from reaching the barrier surface. Secretory IgA also intercepts allergens and toxins. In research studies, secretory IgA has been found to inhibit influenza and rotaviruses, and neutralize toxins from bacteria like C. difficile and E. Coli. Additionally, secretory IgA plays an important role in maintaining homeostasis of the helpful gut bacteria (microbiome).

2 Immunoglobulins

3 Lactoferrin

4 Milk Oligosaccharides

5 Sialic Acid

6 Proline-Rich Polypeptides

7 Growth Factors




SHOP NOW




SHOP NOW




SHOP NOW

**4.9** ★★★★★

Based on 9712 Reviews

| | |
|---|---|
| ★★★★★ | (9383) |
| ★★★★ | (227) |
| ★★★ | (61) |
| ★★ | (8) |
| ★ | (33) |

**9712 Reviews** **9 Questions**

Filters Most Recent Write a Review

---

Paulettia L.
Verified Buyer
Age Range: 55-65+
Gender: Female
**Benefit Standouts:**
Digestion, Hair, Immunity, Allergy

★★★★★ Really Good

4/25/2024

I've been taking the immune revival for about 3 months and it really helps with digestive issues; ie..bloating, acid reflux. Also, My hair is very soft now. I bought it to heal my leaky gut and I believe that it is doing just that. I highly recommend it.

0 0

---

Linda Z.
Verified Buyer
Age Range: 55-65+
Gender: Female
**Benefit Standouts:**
Anti-Inflammatory, Fitness, Mobility, Whole Health, Skin

★★★★★ Game Changer

4/25/2024

The key aspect of taking this colostrum for the past couple of months is significantly reduced inflammation specifically in my hands by 40-50% and counting. I am over 60, lift weights and maintain a very regimented diet. I usually feel great just by being in shape, with the colostrum this alleviates, seemingly eliminates inflammation in my joints thus feeling not just great but even greater! Thank you for developing this user friend product in the packets!!! Brilliant!

0 0

---

David T.

★★★★★ Awesome

Verified Buyer

Age Range: 55-65+

Gender: Male

**Benefit Standouts:**
Fitness, Digestion, Whole Health

Great flavor and I've enjoyed all three products I have purchased

4/25/2024

0 0

---

Ava F.

Verified Buyer

Age Range: 18 - 34

Gender: Female

**Benefit Standouts:**
Allergy, Anti-Inflammatory, Immunity

★★★★★ Love Armra!

Amazing!!! I have horrible allergies and after taking this for three months I haven't had any seasonal allergies.

4/25/2024

0 0

---

Michele C.

Verified Buyer

Age Range: 35-54

Gender: Female

**Benefit Standouts:**
Immunity, Whole Health

★★★★★ I love this product!

I have avoided illness all winter and I contribute that to Armra colostrum. People have been sick around me and I never caught it. My husband had the flu pretty bad and again, I never got it. Now my husband takes colostrum because he's seen how effective it can be!!

4/25/2024

0 0

---

Chavez N.

Verified Buyer

Age Range: 55-65+

Gender: Female

**Benefit Standouts:**
Hair, Immunity, Allergy, Mood, Whole Health

★★★★★ Immune Revival (Bulk Jar: Unflavored)

I love it !!

4/25/2024

0 0

---

Dee L.

Verified Buyer

Age Range: 55-65+

Gender: Female

**Benefit Standouts:**
Allergy, Anti-Inflammatory, Skin, Digestion, Whole Health

★★★★★ Awesome

I have had a lot of gut issues from a gall bladder surgery that went wrong. I have found this product has helped the most out of all the products out there! Would definitely recommend this!

4/25/2024

0 0

---

Shelly W.

Verified Buyer

Age Range: 35-54

Gender: Female

**Benefit Standouts:**
Immunity, Hair, Whole Health

★★★★★ Review

I have tried all 3 flavors and love them all. The blood orange is probably the boldest flavor.

4/25/2024

0 0

---

Christine P.

Verified Buyer

Age Range: 35-54

Gender: Female

**Benefit Standouts:**
Anti-Inflammatory, Digestion, Immunity

★★★★★ Love it!

Tastes great and it's a great addition to my supplement routine. Helps with bloating and I have not been sick since I've started!

4/25/2024

0 0

---

Becky K.

Verified Buyer

Age Range: 55-65+

Gender: Female

**Benefit Standouts:**
Whole Health, Immunity

★★★★★ Essential supplements

Easy to take & tastes great

4/25/2024

0 0

Show more

---

**Shop**
- Immune Revival
- Performance Revival
- Bundles
- Accessories
- Shop All

**Learn**
- ARMRA Colostrum™
- The Approach
- The Benefit
- Research

**Resources**
- Help Center
- Testimonials
- Community
- Refer-A-Friend
- Contact
- Accessibility Statement
- Do not sell or share my personal information

**Let's Connect**

Email*

SUBMIT

ARMRA™

© 2024 ARMRA. Rahal Biosciences, Inc. Bonita Springs, Fl, 34135. All Rights Reserved. Privacy Policy Terms of Service Shipping & Returns Research

*These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease. Keep out of reach of children. Consult with your healthcare practitioner before using this product. Discontinue use and consult with your health care professional if you experience any adverse reaction to this product.