UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sami Petros, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Rahal Biosciences, Inc.,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-03182-VM<br><br>**RAHAL BIOSCIENCES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Rahal Biosciences, Inc. states that it has no parent companies and no publicly held corporation is known to own 10% or more of its stock.

Dated: May 20, 2024

Respectfully submitted,

FENWICK & WEST LLP

By:  */s/ Shannon E. Turner*
　　　Shannon E. Turner (NYSB No. 5266416)
　　　**FENWICK & WEST LLP**
　　　555 California Street, 12th Floor
　　　San Francisco, CA  94104
　　　Telephone:　415.875.2300
　　　Facsimile:　415.281.1350
　　　Email:  sturner@fenwick.com

　　　*Attorneys for Rahal Biosciences, Inc.*