IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sami Petros, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Rahal Biosciences, Inc.<br><br>Defendant. | Case No. 1:24-cv-03182-VM |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sami Petros submits this notice dismissing the claims and action against Defendant Rahal Biosciences, Inc. d/b/a ARMRA, with prejudice, with each side bearing its own attorneys fees, costs, and expenses.

Dated: New York, New York
May 31, 2024

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC.**

By:   /s/ *Adrian Gucovschi*
           Adrian Gucovschi

140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorney for Plaintiff Sami Petros*